**UNITED STATES of America, Appellee,**

v.

**Ricardo JEFFERSON, Appellant.**

**No. 10–2163.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 22, 2010.

Filed: Oct. 27, 2010.

Matthew C. Quinn, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Ricardo Jefferson, Texarkana, TX, pro se.

William Arden McLean, El Dorado, AR, for Appellant.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Ricardo Jefferson appeals the 188–month prison sentence the district court[1] imposed after he pleaded guilty to distributing more than 5 grams of a mixture or substance containing cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii). His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct.

---

1. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

1396, 18 L.Ed.2d 493 (1967), stating that Jefferson believes his sentence is too severe.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, and then considers substantive reasonableness of sentence under abuse-of-discretion standard; if sentence is within applicable Guidelines range, appellate court may apply presumption of reasonableness); *United States v. Haack,* 403 F.3d 997, 1004 (8th Cir.2005) (describing abuse of discretion).

Having reviewed the record under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.